# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00786-CV

**Anthony Randal Petersen, Appellant**

**v.**

**Jaclyn Suzanne Nicolopoulos, Appellee**

## FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-16-005813, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on March 1, 2019. On May 1, 2019, this Court notified appellant that his brief was overdue, that any brief he filed would require a motion for extension of time, and that his failure to file a motion for extension of time or a brief with that motion by May 13, 2019, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Kelly and Smith

Dismissed for Want of Prosecution

Filed: June 19, 2019